ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 27 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| Charles W. Rutter, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>Robert K. Abbott, Jr., Parri S. Abbott, Abbott & Abbott, P.C., Stacy K. Rutter, Richard M. Hensel, Janet E. Hensel, Jeanne D. Woods, Huff and Woods, P.C., Anthony C. Levitas, Behavioral Institute of Atlanta, LLC, and Solid Gold Protection Service, Inc.,<br><br>Defendants. | Civil Action File No. _____-RLV<br><br>**1:11-CV-3691**<br><br>**Certificate of Interested Persons and Corporate Disclosure Statement**<br><br>FILED IN CHAMBERS<br>U.S.D.C. Rome<br><br>NOV 03 2011<br><br>JAMES N. HATTEN, Clerk<br>By: _____ Deputy Clerk |

1. The undersigned counsel of record for the Plaintiff to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

    Charles W. Rutter, Jr., Robert K. Abbott, Jr., Parri S. Abbott,

    Abbott & Abbott, P.C., Stacy K. Rutter, Richard M. Hensel,



Janet E. Hensel, Jeanne D. Woods, Huff and Woods, Anthony C. Levitas, Behavioral Institute of Atlanta, LLC, and Solid Gold Protection Service, Inc.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associates, firms, partnerships, or corporations having either a financial interest in or other interest that could be substantially affected by the outcome of this particular case:

None are known of at this time.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Bret S. Moore, attorney for Plaintiff

Counsel for defendants are unknown at this time.

Respectfully submitted this 27th day of October, 2011.

BRET S. MOORE, ATTORNEY AT LAW, LLC

_/s/ Bret Moore_
Bret S. Moore
Georgia Bar #601608
Attorney for Plaintiff
Bret S. Moore, Attorney at Law, LLC
5447 Roswell Road
Atlanta, GA 30342
(404) 593-2612
(404) 264-1149 fax
bret@bretmoorelaw.com