IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CHARLES W. RUTTER, JR. ) | |
| ) | |
| ) | |
| Plaintiffs, ) | Civil Action File No.: |
| ) | |
| v. ) | 1:11-CV-3691 |
| ) | |
| ROBERT K. ABBOTT, JR. PARRI ) | |
| S. ABBOTT, ABBOTT & ABBOTT ) | |
| P.C., STACY RUTTER, ) | |
| RICHARD M. HENSEL, JANET E. ) | |
| HENSEL, JEANNE D. WOODS, ) | |
| HUFF & WOODS, P.C., ) | |
| ANTHONY C. LEVITAS, ) | |
| BEHAVIORAL INSTITUTE OF ) | |
| ATLANTA, LLC, AND SOLID ) | |
| GOLD PROTECTION SERVICE, ) | |
| INC. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Represented by Lewis Brisbois Bisgaard & Smith:  Anthony C. Levitas, Behavioral Health of Atlanta, LLC.

Represented by other counsel: Robert K. Abbott, Jr., Parri S. Abbot, Abbot & Abbott, P.C., Stacy Rutter, Richard M. Hensel, Janet E. Hensel, Jeanne D. Woods, Huff and Woods, P.C., Solid Gold Protection Service, Inc.

4825-7356-5966.1

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

> Allied World Assurance Company (insurance provider for Defendants Dr. Levitas and Behavioral Institute of Atlanta, LLC)

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

> For Anthony C. Levitas and Behavioral Health Systems of Atlanta, LLC: Thomas E. Lavender, III, Alison L. Lee

This 22nd day of November 2011.

/s/ Ted Lavender
Thomas E. Lavender, III
Georgia Bar No. 439389
Alison L. Lee
Georgia Bar No. 380782
*Attorneys for Defendant*

Lewis, Brisbois, Bisgaard & Smith, LLP
1180 Peachtree Street
Suite 2900
Atlanta, Georgia 30309
(404) 348-8585
(404) 467-8845 (fax)

4825-7356-5966.1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| CHARLES W. RUTTER, JR. | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action File No.: |
| | ) | |
| v. | ) | 1:11-CV-3691 |
| | ) | |
| ROBERT K. ABBOTT, JR. PARRI S. ABBOTT, ABBOTT & ABBOTT P.C., STACY RUTTER, RICHARD M. HENSEL, JANET E. HENSEL, JEANNE D. WOODS, HUFF & WOODS, P.C., ANTHONY C. LEVITAS, BEHAVIORAL INSTITUTE OF ATLANTA, LLC, AND SOLID GOLD PROTECTION SERVICE, INC. | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that I have this day served a true and correct copy of the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** upon all counsel of record via CM/ECF:

4825-7356-5966.1

Bret S. Moore
*Attorney for Plaintiff*
Bret S. Moore, Attorney at Law, LLC
5447 Roswell Road
Atlanta, GA 30342

William Curtis Anderson
*Attorney for Janet Hensel, Richard Hensel and Stacy Rutter.*
Downey & Cleveland
288 Washington Avenue
Marietta, GA 30060
770-422-3233

Hall F. McKinley, III
Douglas G. Smith, Jr.
*Attorneys for Solid Gold Protection Service, Inc.*
Drew Eckl & Farnham
P.O. Box 7600
880 West Peachtree Street, N.W.
Atlanta, GA 30357-7600
404-885-1400
404-256-0700

Emory Livingston Palmer
*Attorney for Defendant Jeanne Woods and Huff and Woods, P.C.*
Carr Tabb & Pope
4200 Northside Parkway, N.W.
10 North Parkway Square
Atlanta, GA 30327
404-442-9000

Benjamin Frederick Windham
*Attorney for Plaintiff*
Windham & Associates, PC
Suite 170
239 Village Center Parkway
Stockbridge, GA 30281
678-565-8686

This 22nd day of November 2011.

/s/ Ted Lavender
Thomas E. Lavender III
Georgia Bar No. 439389
*Attorney for Defendant Levitas*

Lewis, Brisbois, Bisgaard & Smith, LLP
1180 Peachtree Street
Suite 2900
Atlanta, Georgia 30309
(404) 348-8585
(404) 467-8845 (fax)

4825-7356-5966.1