FILED IN CHAMBERS
U.S.D.C. Rome

NOV 29 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CHARLES W. RUTTER, JR.         )<br>                                )<br>                                )<br>                                )<br>       Plaintiffs,              )<br>                                )<br>v.                              )<br>                                )<br>ROBERT K. ABBOTT, JR. PARRI    )<br>S. ABBOTT, ABBOTT & ABBOTT     )<br>P.C., STACY RUTTER,             )<br>RICHARD M. HENSEL, JANET E.    )<br>HENSEL, JEANNE D. WOODS,       )<br>HUFF & WOODS, P.C.,            )<br>ANTHONY C. LEVITAS,            )<br>BEHAVIORAL INSTITUTE OF        )<br>ATLANTA, LLC, AND SOLID        )<br>GOLD PROTECTION SERVICE,       )<br>INC.                            )<br>                                )<br>       Defendants.              ) | Civil Action File No.:<br><br>1:11-CV-3691 |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   Represented by Lewis Brisbois Bisgaard & Smith: Anthony C. Levitas, Behavioral Health of Atlanta, LLC.

   Represented by other counsel: Robert K. Abbott, Jr., Parri S. Abbot, Abbot & Abbott, P.C., Stacy Rutter, Richard M. Hensel, Janet E. Hensel, Jeanne D. Woods, Huff and Woods, P.C., Solid Gold Protection Service, Inc.

4825-7356-5966.1

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

>   Allied World Assurance Company (insurance provider for Defendants Dr. Levitas and Behavioral Institute of Atlanta, LLC)

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

>   For Anthony C. Levitas and Behavioral Health Systems of Atlanta, LLC: Thomas E. Lavender, III, Alison L. Lee

This 22nd day of November 2011.

>   /s/ Ted Lavender
>   Thomas E. Lavender, III
>   Georgia Bar No. 439389
>   Alison L. Lee
>   Georgia Bar No. 380782
>   *Attorneys for Defendant*

Lewis, Brisbois, Bisgaard & Smith, LLP
1180 Peachtree Street
Suite 2900
Atlanta, Georgia 30309
(404) 348-8585
(404) 467-8845 (fax)

4825-7356-5966.1