UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHARLES W. RUTTER, JR. | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION FILE NO. 1:11-CV-3691 |
| ROBERT K. ABBOTT, JR., PARRI S. ABBOTT, ABBOTT & ABBOTT, P.C., STACY K. RUTTER, RICHARD M. HENSEL, JANET E. HENSEL, JEANNE D. WOODS, HUFF AND WOODS, P.C., ANTHONY C. LEVITAS, BEHAVIORAL INSTITUTE OF ATLANTA, LLC, AND SOLID GOLD PROTECTION SERVICE, INC., | § § § § § § § § § § § § § § | |
| Defendants. | § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1. The undersigned counsel of record for Defendants Robert K. Abbott, Jr., Parri S. Abbott, and Abbott & Abbott, P.C. certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Charles W. Rutter, Jr.

Robert K. Abbott, Jr.

      Parri S. Abbott

      Abbott & Abbott, P.C.

      Stacy K. Rutter

      Richard M. Hensel

      Janet E. Hensel

      Jeanne D. Woods

      Huff and Woods, P.C.

      Anthony C. Levitas

      Behavioral Institute of Atlanta, LLC

      Solid Gold Protection Service, Inc.

2.    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  Defendants are not aware of any.

3.    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

      For Plaintiff:  Bret Moore and Ben Windham.

      For Defendants Robert K. Abbott, Jr., Parri S. Abbott, and Abbott & Abbott, P.C.:  Johannes S. Kingma and Michele Jones.

For Defendants Stacy K. Rutter, Richard M. Hensel, and Janet E. Hensel: William Curtis Anderson.

For Defendants Jeanne D. Woods and Huff and Woods, P.C.: Emory Palmer.

For Defendants Anthony C. Levitas and Behavioral Institute of Atlanta, LLC: Thomas Edward Lavender, III.

For Defendant Solid Gold Protection Service, Inc.: Douglas G. Smith, Jr. and Hall F. McKinley, III.

Dated:  December 6, 2011.                      CARLOCK, COPELAND & STAIR, LLP

| | |
|---|---|
| 2600 Marquis Two Tower<br>285 Peachtree Center Avenue<br>Atlanta, Georgia 30303<br>404-522-8220<br>..........<br>P.O. Box 56887<br>Atlanta, Georgia 30343-0887 | By:  /s/ Michele R. Jones<br>JOHANNES S. KINGMA<br>Georgia Bar No. 421650<br>MICHELE R. JONES<br>Georgia Bar No. 607116<br>Attorneys for Defendants Robert K. Abbott, Jr., Parri S. Abbott, and Abbott & Abbott, P.C. |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

| | |
|---|---|
| Benjamin Windham<br>Windham & Associates, P.C.<br>Suite 170<br>239 Village Center Parkway<br>Stockbridge, GA 30281<br>*Attorney for Charles W. Rutter, Jr.* | Bret S. Moore<br>Attorney at Law, LLC<br>Suite 302<br>5447 Roswell Road<br>Atlanta, GA 30342<br>*Attorney for Charles W. Rutter, Jr.* |
| William Curtis Anderson<br>Downey & Cleveland<br>288 Washington Avenue<br>Marietta, GA 30060<br>*Attorney for Stacy K. Rutter, Richard M. Hensel, and Janet E. Hensel* | Emory Palmer<br>Carr Tabb & Pope<br>4200 Northside Parkway, N.W.<br>10 North Parkway Square<br>Atlanta, GA 30327<br>*Attorney for Jeanne D. Woods, and Huff and Woods, P.C.* |
| Thomas Edward Lavender, III<br>Lewis Brisbois Bisgaard & Smith, LLP<br>Suite 2900<br>1180 Peachtree Street<br>Atlanta, GA 30309<br>*Attorney for Anthony C. Levitas, and Behavioral Institute of Atlanta, LLC* | Douglas G. Smith, Jr.<br>Hall F. McKinley, III<br>Drew Eckl & Farnham<br>P.O. Box 7600<br>880 West Peachtree Street, N.W.<br>Atlanta, GA 30357-7600<br>*Attorneys for Solid Gold Protection Service, Inc.* |

This 6th day of December 2011.    CARLOCK, COPELAND, & STAIR, LLP

By: /s/ Michele Jones
    MICHELE R. JONES
    State Bar No. 607116