

FILED IN CHAMBERS

DEC 12 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITES STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Charles W. Rutter, Jr., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Robert K. Abbott, Jr., Parri S. Abbott, )<br>Abbott & Abbott, P.C., Stacy K. Rutter, )<br>Richard M. Hensel, Janet E. Hensel, )<br>Jeanne D. Woods, Huff and Woods, )<br>P.C., Anthony C. Levitas, Behavioral )<br>Institute of Atlanta, LLC, and Solid )<br>Gold Protection Service, Inc., )<br>)<br>Defendants. ) | Civil Action No.<br>1:11-CV-3691 |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Represented by Carr & Palmer: Jeanne D. Woods, Huff & Woods, P.C.

Represented by other counsel: Charles W. Rutter, J. Robert K. Abbott, Jr., Parri S. Abbott, Abbott & Abbott, P.C., Stacy K. Rutter, Richard M. Hensel, Janet E. Hensel, Jeanne D. Woods, Huff and Woods, P.C., Anthony C. Levitas, Behavioral Institute of Atlanta, LLC, and Solid Gold Protection Service, Inc.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associates, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Kinsale Insurance Company

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Jeanne D. Woods, Huff & Woods, P.C.: Emory L. Palmer, Alex D. Weatherby

This 7th day of December, 2011

                                           CARR & PALMER, LLP

                                           /s/ Emory L. Palmer
                                           Emory L. Palmer
                                           Georgia Bar No. 560120
                                           epalmer@carrpalmer.com
                                           Alex D. Weatherby
                                           Georgia Bar No. 819975
                                           aweatherby@carrpalmer.com

10-103 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
(404) 442-9000
(404) 442-9700 Facsimile

UNITES STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| Charles W. Rutter, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:11-CV-3691 |
| v. | ) | |
| | ) | |
| Robert K. Abbott, Jr., Parri S. Abbott, | ) | |
| Abbott & Abbott, P.C., Stacy K. Rutter, | ) | |
| Richard M. Hensel, Janet E. Hensel, | ) | |
| Jeanne D. Woods, Huff and Woods, | ) | |
| P.C., Anthony C. Levitas, Behavioral | ) | |
| Institute of Atlanta, LLC, and Solid | ) | |
| Gold Protection Service, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that I have this date served a copy of the within and foregoing CERTIFICATE OF INTERESTED PARTIES upon opposing counsel in this matter via the Court's electronic filing system:

Bret S. Moore
5447 Roswell Road
Atlanta, GA 30342

William Curtis Anderson
Downey & Cleveland
288 Washington Ave.
Marietta, GA 30060

Hall F. McKinley, II
Douglas G. Smith, JR.
Drew Eckl & Farnham
P.O. Box 7600
880 W. Peachtree St., N.W.
Atlanta, GA 30357

Thomas E. Lavender, III
Alison L. Lee
Lewis, Brisbois, Bisgaar & Smith
1180 Peachtree St., Suite 2900
Atlanta, GA 30309

This 7th day of December, 2011

                                        CARR & PALMER, LLP

                                        /s/ Emory L. Palmer
                                        Emory L. Palmer
                                        Georgia Bar No. 560120
                                        epalmer@carrpalmer.com
                                        Alex D. Weatherby
                                        Georgia Bar No. 819975
                                        aweatherby@carrpalmer.com

10-103 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
(404) 442-9000
(404) 442-9700 Facsimile