UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES W. RUTTER, JR., \*<br>\*<br>Plaintiff, \*<br>v. \*<br>\*<br>SOLID GOLD PROTECTION \*<br>SERVICE, INC., ROBERT K. \*<br>ABBOTT, JR., PARRI S. ABBOTT, \*<br>ABBOTT & ABBOTT, P.C., \*<br>STACY K. RUTTER, RICHARD M. \*<br>HENSEL, JANET E. HENSEL, \*<br>JEANNE D. WOODS, HUFF AND \*<br>WOODS, P.C., ANTHONY C. \*<br>LEVITAS, BEHAVIORAL \*<br>INSTITUTE OF ATLANTA, LLC, \*<br>\*<br>Defendants. \* | CIVIL ACTION FILE NO.<br>1:11-CV-3691-RLV |

## DEFENDANTS' RICHARD M. HENSEL and JANET E. HENSEL INITIAL DISCLOSURES

COME NOW the Defendants Richard M. Hensel and Janet E. Hensel, ("Mr. and Mrs. Hensel"), by and through counsel, and hereby submits their initial disclosures to the Plaintiff in compliance with Rule 26(a)(1) of the *Federal Rules of Civil Procedure* and Local Rule 26.1(a)(1) of the Local Rules of Court for the United States District Court for the Northern District of Georgia.

1. If the Defendant is improperly identified, state Defendant's correct identification and state whether Defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response:

**These Defendants, Richard M. Hensel and Janet E. Hensel, are properly identified.**

2. Provide the names of any parties whom Defendant contends are necessary parties to this action, but who have not been named by Plaintiff. If Defendant contends that there is a question of misjoinder of parties, provide the reasons for Defendant's contention:

**There are no parties necessary to this action who have not been named by Plaintiff.**

3. Provide a detailed factual basis for the defense or defenses and any counter-claims or cross-claims asserted by Defendant in the responsive pleading:

**This lawsuit involves numerous Federal, Georgia and common law claims for multiple violations, including, but not limited to, invasion of privacy, intrusion, false light, negligent and intentional misrepresentation, and intentional and negligent infliction of emotional distress as such relates to Mr. and Mrs. Hensels' alleged financing for the installation of hidden microphones and video cameras in the Plaintiff's house.**
**These defendants assert that the plaintiff's claims are factually and legally erroneous and baseless and that the plaintiff cannot establish, as a matter of law, the necessary prerequisites for his claims**

{01892057.DOC}

**against these defendants. Simply by virtue of being the parents of his estranged wife, the plaintiff seeks to punish these defendants for supporting their daughter in this difficult time.**

4. Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which Defendant contends are applicable to this action:

**This action has been brought by the Plaintiff under Federal, Georgia, and common law for various violations, including, but not limited to 18 U.S.C. § 2520 and O.C.G.A. § 16-11-62. These Defendants assert that they may have affirmative defenses available under the aforementioned statutes and/or pursuant case law holdings, and may have other affirmative and statutory defenses available beyond that outlined above; however, at this point, these Defendants are beginning their investigation into this claim, and they reserve their right to supplement their disclosures to raise additional statutory or case law defenses.**

**These Defendants reserve the right to assert any statutory case law supporting the defenses raised by any co-Defendants in this matter.**

5. Provide the name and, if known, the address and telephone number of each individual likely to have discernable information that you may use to support your claims or defenses, unless solely for impeachment, indentifying the subjects of the information (attach witness list to Initial Disclosures as Attachment A):

**At this time, other than the parties involved, these Defendants have no additional individuals to list; however, at this point, these Defendants are beginning their investigation into this claim, and they**

**reserve their right to supplement their disclosures as more information becomes available.** <u>See</u> **Attachment A.**

6. Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 706 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule (attach expert witness list and written reports to Initial Disclosures as <u>Attachment B</u>):

**These Defendants have not yet identified an expert but will supplement their disclosures upon retention of one, if applicable.** <u>See</u> **Attachment B.**

7. Provide a copy of, or description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information (attach document list and descriptions to Initial Disclosures as <u>Attachment C</u>):

**At this time, other than the documents attached hereto, these Defendants have no additional documentation responsive to this disclosure; however, at this point, these Defendants are beginning their investigation into this claim, and they reserve their right to supplement their disclosures as more information becomes available.** <u>See</u> **Attachment C.**

8. In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed.R.Civ.P. 34 (attach any copies and descriptions to Initial Disclosures as <u>Attachment D</u>):

**These Defendants assert that this matter has been brought in an absence of good faith and intend to assert a claim for their costs and fees incurred in defending this lawsuit. At this time, these Defendants do not have a computation of that amount. However, these Defendants reserve their right to supplement their disclosures as such pertains to damages. <u>See</u> Attachment D.**

9. If Defendant contends that some other person or legal entity is, in whole or in part, liable to the Plaintiff or Defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability:

**Not applicable.**

10. Attach for inspection and copying under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of any judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy

{01892057.DOC}

the judgment (attach copy of insurance agreement to Initial Disclosures as Attachment E):

**See attached.**

Respectfully submitted this 21st day of December, 2011.

>
> LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
>
> BY: /s/ Thomas O. Sippel
> Thomas O. Sippel – GBN: 649211
> Jatrean M. Sanders- GBN: 244505
> Attorneys for Defendant
> 500 Colonial Center Pkwy., Suite 625
> Roswell, GA  30076
> Telephone: (678) 206-2500
> Telecopier: (678) 206-2507

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1D

Counsel for Richard M. Hensel and Janet E. Hensel hereby certifies that the foregoing Defendants' Initial Disclosures has been prepared with one of the point and font selections approved by LR 5.1C of the Local Rules of the Northern District of Georgia, namely Times New Roman, font size 14 point.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Initial Disclosures of Defendants Richard Hensel and Janet Hensel with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record or via U.S. Mail as follows:

>Bret S. Morre, Esq.
>Bret S. Moore, LLc
>5447 Roswell Road
>Atlanta, GA 30342

>Hall F. McKinley, II, Esq.
>Douglas G. Smith, Jr., Esq.
>Drew, Eckl & Farnham, LLP
>880 West Peachtree Street
>Atlanta, GA 30309

>Johannes S. Kingma, Esq.
>Michele R. Jones, Esq.
>Carlock, Copeland & Stair, LLP
>191 Peachtree Street, Suite 3600
>Atlanta, GA 30303

>W. Curtis Anderson, Esq.
>Downey, Cleveland, LLP
>288 Washington Ave.
>Marietta, GA 30060

{01892057.DOC}

# **CERTIFICATE OF SERVICE** (Page 2)

Emory L. Palmer, Esq.
Alex D. Weatherby, Esq.
Carr & Palmer, LLP
10-103 North Parkway Square
4200 Northside Parkway, N.W.
Atlanta, GA 30327

Thomas E. Lavender, III, Esq.
Lewis, Brisbois, Bisgaard & Smith, LLP
1180 Peachtree Street, Suite 2900
Atlanta, GA 30309

Paul E. Weathington, Esq.
Amy F. Hoffman, Esq.
The Weathington Firm, P.C.
191 Peachtree Street, N.E.,
Suite 3900
Atlanta, GA 30303

Benjamin Frederick Windham, Esq.
Windham & Associates, P.C.
239 Village Center Parkway
Suite 170
Stockbridge, GA 30281

Emory Livingston Palmer, Esq.
Carr Tabb & Pope
4200 Northside Parkway, NW
10 North Parkway Square
Atlanta, GA 30327

  /s/ Thomas O. Sippel
Thomas O. Sippel

## **ATTACHMENT A**

### **Witness List**

At this time, other than the parties involved, these Defendants have no additional individuals to list; however, at this point, these Defendants are beginning their investigation into this claim, and they reserve their right to supplement their disclosures as more information becomes available.

## **ATTACHMENT B**

### **Expert Wtiness(es)**

These Defendants have not yet identified an expert but will supplement their disclosures upon retention of one, if applicable.

{01892057.DOC}

## **ATTACHMENT C**

### **Documents and Tangible Things**

At this time, other than the documents attached hereto, these Defendants have no additional documentation responsive to this disclosure; however, at this point, these Defendants are beginning their investigation into this claim, and they reserve their right to supplement their disclosures as more information becomes available.

## **ATTACHMENT D**

### **Damages**

These Defendants assert that this matter has been brought in an absence of good faith and intend to assert a claim for their costs and fees incurred in defending this lawsuit. At this time, these Defendants do not have a computation of that amount. However, these Defendants reserve their right to supplement their disclosures as such pertain to damages.

# **ATTACHMENT E**

## **Insurance Agreement**

Defendants are insured by Liberty Mutual Insurance Company Policy number LJ1-248-971747-001, effective 06/09/11. Declarations pages attached hereto.

LIBERTYGUARD PERSONAL CATASTROPHE LIABILITY POLICY
DECLARATIONS           LIBERTY MUTUAL INSURANCE COMPANY                    RENEWAL A
                            BOSTON, MASSACHUSETTS

**POLICY NUMBER**
| LJ1-248-971747-001  1 | THESE DECLARATIONS EFFECTIVE | 06/09/11 |    SCHUBERTH J

**NAMED INSURED AND MAILING ADDRESS**
RICHARD M HENSEL                              FOR SERVICE CALL OR WRITE:
JANET E HENSEL                                3340A NE RALPH POWELL ROAD
1337 CAMPBELL                                 LEES SUMMIT MO   64064
LIBERTY MO   64068-1279                       816-525-2613/800-647-9077
                                              CLAIMS: 800-225-2467

POLICY PERIOD:  06/09/11 TO 06/09/12 12:01 AM STANDARD TIME AT THE ADDRESS OF
THE NAMED INSURED AS STATED IN THE POLICY.  THIS POLICY SHALL EXPIRE ON THE DATE
SHOWN EXCEPT THAT IT MAY BE CONTINUED IN FORCE FOR SUCCESSIVE POLICY PERIODS BY
THE PAYMENT OF THE REQUIRED RENEWAL PREMIUM.  EACH SUCH POLICY PERIOD SHALL BE
FOR THE PERIOD SPECIFIED IN THE RENEWAL DECLARATIONS.

**LIMIT OF LIABILITY:** $   2,000,000    **LIABILITY**
  EACH OCCURRENCE, SUBJECT TO ALL THE TERMS OF THE POLICY.

**THE INSURED'S RETENTION IS:**  $250

PREMIUM SUMMARY:              INITIAL RESIDENCE                  $     80
                              INITIAL AUTOMOBILE                 $     78
                              2  ADDL AUTOMOBILES                $     80
                              INCREASED LIMITS CHARGE            $    131


PERSONAL CATASTROPHE POLICY PREMIUM:                             $    369.00


ENDORSEMENTS ATTACHED:
  PCE-50 11/91            EXPLANATORY ENDORSEMENT   - HOME DAY CARE BUSINESS
  PCE-51 11/91            COMMUNICABLE DISEASE EXCLUSION
  PCE 142                 AMENDMENT OF POLICY DEFINITIONS
  PCE-103                 AMENDATORY MOLD END
  PC-41 ED. 12-04         LIBERTYGUARD PERSONAL CATASTROPHE POLICY
  PCE-2 3/94              EXCLUSION FOR LEAD LIABILITY
  PCE-75 3/94             SEXUAL MOLESTATION EXCLUSION
  2343 05 09              ANNUAL MEETING DATE
  PCE-145 (Ed. 06-05)     AMENDMENT OF POLICY PROVISIONS - MISSOURI


PC 52 3/95                                              COUNTERSIGNED 04/19/11

This policy, including all endorsements attached is countersigned by:

*Dexter R. Legg*                *David M[cJrey]*              *Stephen J. McAnna*
   SECRETARY                      PRESIDENT                   AUTHORIZED REPRESENTATIVE



Liberty Mutual Fire Insurance Company
Boston, Massachusetts
LibertyGuard® Deluxe
Homeowners Policy Declaration



Liberty Mutual Group

**NAMED INSURED AND MAILING ADDRESS:**
RICHARD M HENSEL
JANET E HENSEL
1337 CAMPBELL
LIBERTY MO  64068-1201

**SALES REP:**  J SCHUBERTH
3340A NE RALPH POWELL RD
LEES SUMMIT MO 64064

**INSURED RESIDENCE PREMISES:**
SAME AS MAIL ADDRESS

**SERVICE:** 816-525-2613/800-647-9077
**CLAIMS:** 800-2CLAIMS (800-225-2467)
**WEBSITE:** libertymutual.com

Your Policy Number:  H32-248-214092-001 9
Policy Period:  07/05/11 to 07/05/12  12:01AM Standard Time at the Insured Residence Premises

| Reason for This Notice: | This Declaration Effective: 07/05/11 |
|---|---|
| Renewal Homeowner Policy Summary, made part of your LibertyGuard® Deluxe Homeowners Policy | |

**Premium Summary**

| | | |
|---|---|---|
| Base Policy Coverages and Limits | $ | 2,305.00 |
| Scheduled Items | $ | 51.00 |
| Additional Coverages | $ | 218.00 |
| Discounts | $ | (1,106.00) |
| **Total Annual Premium** | $ | 1,468.00 |

**Premium Detail**

| Base Policy Coverages and Limits | Deductible | Limits | Premium |
|---|---|---|---|
| **Section I** | | | |
| Coverage A - Dwelling with Expanded Replacement Cost | | $  215,200 | |
| Coverage B - Other Structures on Residence Premises | | $   21,520 | |
| Coverage C - Personal Property with Replacement Cost | | $  161,400 | |
| Coverage D - Loss of Use of Residence Premises | | Actual Loss Sustained | |
| **Section I Deductible** | | | |
| Losses covered under Section I are subject to a deductible of : | $ | 500 | |
| Losses as a result of Windstorm or Hail are subject to a deductible of :$ | | 1,000 | |
| **Section II** | | | |
| Coverage E - Personal Liability (each occurrence) | | $  100,000 | |
| Coverage F - Medical Payments to others (each person) | | $    5,000 | |
| **Total Base Policy Coverages and Limits** | | | $    2,305 |

| Scheduled Items | | Limits | Premium |
|---|---|---|---|
| Personal Property (HO 04 61 04 91): | | | |
| Fine Arts | | $    7,171 | $        7 |
| Jewelry | | $    4,280 | $       44 |
| **Total Scheduled Items** | | | $       51 |

| Your Policy Number: H32-248-214092-0019 | | | This Declaration Effective: 07/05/11 |
|---|---|---|---|

(Continued from Previous Page)

| Additional Coverages | Deductible | Limits | Premium |
|---|---|---|---|
| Credit Card, Fund Transfer Card, Forgery (HO 04 53 04 91) | | $ 1,000 | $ 0 |
| Identity Fraud Expense (FMHO-2382) | $ 250 | $ 15,000 | $ 23 |
| Home Protector Plus (FMHO 1199 0409) | | | $ 184 |
| Coverage F increased limit | | | $ 11 |
| **Total Additional Coverages** | | | **$ 218** |

### Discounts

Group Savings Plus® (10% discount included in base policy premium)
    Missouri National Education Association
Preferred Risk Rating Plan Discount:

| | |
|---|---|
|     Insurance to Value Credit | $ (138) |
|     Inflation Protection Credit | $ (69) |
| Protective Device Credit: | $ (138) |
|     Smoke/Heat Alarm-All Floors, Extinguishers and Dead Bolt Locks | |
| Multiple Policy Discount | $ (415) |
| Safe Homeowner Program | $ (346) |
| **Total Discounts** | **$ (1,106)** |

### Special Messages and Missouri Provisions

Your Homeowners policy **does not** provide coverage for damage caused by flood, even if the flood is caused by storm surge. Liberty Mutual can help you obtain this coverage through the Federal Emergency Management Agency (FEMA) if your community is one of the 18,000 communities which participate in the National Flood Insurance Program.

All personal property schedules are on file with the company. Copies of schedules have been included with this mailing only if there has been an addition or change to the property listed on the schedules.

### Base Policy and Amendments Included in Your Policy

LibertyGuard® Deluxe Homeowners (HO 00 03 04 09)

| | |
|---|---|
| Special Provisions (FMHO 3191 0509) | No SecII/Limit I-Daycare (HO 04 96 04 91) |
| Amendmt Pol Definitions (FMHO-2934 7/04) | MO Guaranty Association (FMHO 3186 0409) |
| Homeowner Amendatory End (FMHO-2493 5/03) | Amendatory Seepage End (FMHO-2265) |
| Amendatory Mold End (FMHO-2227) | Refrigerator Contents (FMHO-670 06/90) |
| Protective Devices (HO 04 16 04 91) | Inflation Protection (FMHO-2835) |
| Wind/Hail Deductible (FMHO-2136) | Lead Poisoning Exclusion (FMHO-976 05/92) |
| LMHC Membership (2344) | |

### Mortgage Information

Mortgagee 1:
CLAY COUNTY SAVINGS BANK
ISAOA BENEFICIARY
LOAN NO. 010600412
PO BOX 277
LIBERTY MO 64069-0277

---

FMHO 3047 12 06            Countersigned     05/31/11

*Dexter R. Legg*
SECRETARY

*David M. Long*
PRESIDENT

*Stephen J. McAnna*
AUTHORIZED REPRESENTATIVE

```
                    LIBERTYGUARD PERSONAL CATASTROPHE LIABILITY POLICY          PAGE 02
DECLARATIONS              LIBERTY MUTUAL INSURANCE COMPANY                      RENEWAL A
                                  BOSTON, MASSACHUSETTS
POLICY NUMBER
  LJ1-248-971747-001  1   THESE DECLARATIONS EFFECTIVE   06/09/11        SCHUBERTH J
NAMED INSURED AND MAILING ADDRESS
  RICHARD M HENSEL                          FOR SERVICE CALL OR WRITE:
  JANET E HENSEL                            3340A NE RALPH POWELL ROAD
  1337 CAMPBELL                             LEES SUMMIT MO   64064
  LIBERTY MO   64068-1279                   816-525-2613/800-647-9077
                                            CLAIMS: 800-225-2467
```

(CONTINUED FROM PREVIOUS PAGE)

AS OF THE EFFECTIVE DATE OF THIS POLICY, YOUR UNDERLYING POLICIES MUST HAVE A
MINIMUM OF THE FOLLOWING LIMITS.  YOU MUST MAINTAIN THESE MINIMUM LIMITS
THROUGHOUT THE POLICY PERIOD.

PERSONAL LIABILITY - $100,000 SINGLE LIMIT    WATERCRAFT - $100,000 SINGLE LIMIT

AUTOMOBILE - $250,000  PER PERSON
              500,000  PER OCCURRENCE
               50,000  PROPERTY DAMAGE
                       OR
             $500,000  SINGLE LIMIT

UNDERLYING POLICY SCHEDULE:
  TYPE: HOMEOWNER    INSURER: LIBERTY MUTUAL        POL#: H32 248 214092 00
  TYPE: AUTOMOBILE   INSURER: LIBERTY MUTUAL        POL#: AO2 248 367471 00

PC 52 3/95                                              COUNTERSIGNED 04/19/11

This policy, including all endorsements attached is countersigned by:

*[signatures: Dexter R. Legg, SECRETARY; David M. Long, PRESIDENT; Stephen J. McAnna]*

AUTHORIZED REPRESENTATIVE