## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

CHARLES W. RUTTER, JR.,     )
                            )
     Plaintiff,        )
                            )
v.                          )     CIVIL ACTION FILE NO.
                            )     1:11-CV-3691
ROBERT K. ABBOTT, JR., PARRI )
S. ABBOTT, ABBOTT & ABBOTT, )
P.C., STACY K. RUTTER,       )
RICHARD M. HENSEL, JANET E.  )
HENSEL, JEANNE D. WOODS,   )
HUFF & WOODS, P.C., ANTHONY )
C. LEVITAS, BEHAVIORAL     )
INSTITUTE OF ATLANTA, LLC,  )
and  SOLID GOLD PROTECTION  )
SERVICE, INC.,              )
                            )
     Defendants.      )
_____ )

## DEFENDANT STACY K. RUTTER'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW the Defendant, Stacy K. Rutter, and submits this, her Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure* and Rule 3.3. of the *Civil Local Rules of Practice* for the United States District Court for the Northern District of Georgia.

1.     The undersigned counsel of record for Stacy K. Rutter certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

> Charles W. Rutter, Jr.
>
> Robert K. Abbott, Jr.
>
> Parri S. Abbott
>
> Abbott & Abbott, P.C.
>
> Stacy K. Rutter
>
> Richard M. Hensel
>
> Janet E. Hensel
>
> Jeanne D. Woods
>
> Huff and Woods, P.C.
>
> Anthony C. Levitas
>
> Behavioral Institute of Atlanta, LLC
>
> Solid Gold Protection Service, Inc.

2.     The undersigned further certifies that the following is a full and complete list of all persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the

outcome of this particular case:  Defendant has submitted a claim for this matter to State Farm Mutual Automobile Insurance Company and/or State Farm Fire and Casualty Company, but Defendant is not aware at this time if coverage will be provided.

3.      The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:  Benjamin Frederick Windham and Bret Moore.

For Defendant Robert K. Abbott, Jr.:  Johannes S. Kingma and Michele Ritz Jones.

For Defendant Parri S. Abbott:  Johannes S. Kingma and Michele Ritz Jones.

For Defendant Abbott & Abbott, P.C.:  Johannes S. Kingma and Michele Ritz Jones.

For Defendant Stacy K. Rutter:  William Curtis Anderson.

For Defendant Richard M. Hensel:  Thomas O. Sippel.

For Defendant Janet E. Hensel:  Thomas O. Sippel.

For Defendant Jeanne D. Woods:  Emory Livingston Palmer.

For Defendant Huff and Woods, P.C.:  Emory Livingston Palmer.

For Defendant Anthony C. Levitas:  Amy Michelle Hoffman.

For Defendant Behavioral Institute of Atlanta, LLC: Amy Michelle Hoffman.

For Defendant Solid Gold Protection Service, Inc.: Douglas G. Smith, Jr. and Hall F. McKinley, III.

This 23rd day of December, 2011.

DOWNEY & CLEVELAND, LLP

288 Washington Avenue
Marietta, Georgia 30060

By: /s/  William Curtis Anderson
WILLIAM CURTIS ANDERSON
Georgia Bar No.: 018470
anderson@downeycleveland.com
Attorneys for Defendant Stacy K. Rutter

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Benjamin Windham
Windham & Associates, P.C.
Suite 170
239 Village Center Parkway
Stockbridge, Georgia 30281
*Attorney for Charles W. Rutter, Jr.*

Bret S. Moore
Bret S. Moore, Attorney at Law, LLC
Suite 302
5547 Roswell Road
Atlanta, Georgia 30342
*Attorney for Charles W. Rutter, Jr.*

Michele Ritz Jones
Johannes S. Kingma
Carlock Copeland & Stair, LLP
Suite 3600
191 Peachtree Street, N.E.
Atlanta, Georgia 30303
*Attorneys for Robert K. Abbott, Jr.,
Parri S. Abbott, and Abbott & Abbott,
P.C.*

Thomas O. Sippel
Leitner, Williams, Dooley & Napolitan,
PLLC
500 Colonial Center Parkway
Suite 625
Roswell, Georgia 30076

*Attorney for Richard M. Hensel, and
Janet E. Hensel*

Emory Livingston Palmer
Carr Tabb & Poope
4200 Northside Parkway, N.W.
10 North Parkway Square
Atlanta, Georgia 30327
*Attorney for Jeanne D. Woods, and Huff
and Woods, P.C.*

Amy Michelle Hoffman
The Weatherington Firm, P.C.
Suite 3900
191 Peachtree Street, N.E.
Atlanta, Georgia 30303
*Attorney for Anthony C. Levitas, and
Behavioral Institute of Atlanta, LLC*

Douglas G. Smith, Jr.
Hall F. McKinley, III
Drew Eckl & Farnham
P.O. Box 7600
880 West Peachtree Street, N.W.
Atlanta, Georgia 30357
*Attorneys for Solid Gold Protection
Service, Inc.*

[SIGNATURES ON FOLLOWING
PAGE]

This 23rd day of December, 2011.          DOWNEY & CLEVELAND, LLP

288 Washington Avenue          By:   /s/   William Curtis Anderson
Marietta, Georgia 30060               WILLIAM CURTIS ANDERSON
                                      Georgia Bar No.: 018470
                                      anderson@downeycleveland.com
                                      Attorneys for Defendant Stacy K.
                                      Rutter