UNITES STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| Charles W. Rutter, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | 1:11-CV-3691 |
| v. | ) | |
| | ) | |
| Robert K. Abbott, Jr., Parri S. Abbott, | ) | |
| Abbott & Abbott, P.C., Stacy K. Rutter, | ) | |
| Richard M. Hensel, Janet E. Hensel, | ) | |
| Jeanne D. Woods, Huff and Woods, | ) | |
| P.C., Anthony C. Levitas, Behavioral | ) | |
| Institute of Atlanta, LLC, and Solid | ) | |
| Gold Protection Service, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that I have this date served a copy of the within and foregoing FIRST INTERROGATORIES TO PLAINTIFF upon opposing counsel in this matter via the Court's electronic filing system:

Bret S. Moore
5447 Roswell Road
Atlanta, GA 30342

William Curtis Anderson
Downey & Cleveland
288 Washington Ave.
Marietta, GA 30060

Hall F. McKinley, II
Douglas G. Smith, JR.
Drew Eckl & Farnham
P.O. Box 7600
880 W. Peachtree St., N.W.
Atlanta, GA 30357

Thomas E. Lavender, III
Alison L. Lee
Lewis, Brisbois, Bisgaar & Smith
1180 Peachtree St., Suite 2900
Atlanta, GA 30309

  This 3rd day of January, 2011

            CARR & PALMER, LLP

             /s/ Emory L. Palmer____
            Emory L. Palmer
            Georgia Bar No. 560120
            epalmer@carrpalmer.com
            Alex D. Weatherby
            Georgia Bar No. 819975
            aweatherby@carrpalmer.com

10-103 North Parkway Square
4200 Northside Parkway, NW
Atlanta, Georgia 30327
(404) 442-9000
(404) 442-9700 Facsimile