IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES W. RUTTER, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO.: |
| ) | 1:11-CV-3691-RLV |
| ) | |
| ROBERT K. ABBOTT, JR., PARRI ) | |
| S. ABBOTT, ABBOTT & ABBOTT, ) | |
| P.C., STACY K. RUTTER, ) | |
| RICHARD M. HENSEL, JANET E. ) | |
| HENSEL, ANTHONY LEVITAS ) | |
| BEHAVIORAL INST. OF ) | |
| ATLANTA, LLC, AND SOLID ) | |
| GOLD PROTECTION SERVICE, INC.) | |
| ) | |
| Defendants. ) | |

**NOTICE OF DEPOSITION**

To:  ADI/Honeywell International, Inc.

You are hereby notified that at **10:00 a.m. Eastern Time, on the 14th day of November, 2012**, Plaintiff, by and through counsel, will depose Honeywell's Rule 30(b)(6) representatives at: 263 Old Country Road, Melville, New York 11747.

The deposition will be taken for all purposes permitted by the Federal Rules of Civil Procedure, by stenographic means, upon oral examination before an

officer duly authorized by law to administer oaths.  The oral examination will continue until completed.

Pursuant to agreement of counsel the deposition will be taken with the deponent at the above address with a court reporter, and the parties appearing by telephone.

This 31st day of October, 2012.

*/s/ James A. Neuberger*
James A. Neuberger
(State Bar No. 538903)
Attorney for Plaintiff

5447 Roswell Road, Suite 203
Atlanta, Georgia 30342
(404) 593-2650
jim@neubergerlawllc.com

IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES W. RUTTER, JR. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ROBERT K. ABBOTT, JR., PARRI )<br>S. ABBOTT, ABBOTT & ABBOTT, )<br>P.C., STACY K. RUTTER, )<br>RICHARD M. HENSEL, JANET E. )<br>HENSEL, JEANNE D. WOODS, )<br>HUFF & WOODS, P.C., ANTHONY )<br>LEVITAS, BEHAVIORAL INST. OF )<br>ATLANTA, LLC, AND SOLID )<br>GOLD PROTECTION SERVICE, INC.)<br>)<br>    Defendants. ) | CIVIL ACTION FILE NO.:<br>1:11-CV-3691-RLV |

## **LOCAL RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

COMES NOW counsel for Charles W. Rutter, Jr. and, pursuant to Rule 5.4 of the Local Rules of the United States District Court for the Northern District of Georgia, Atlanta Division, certifies that on this day he served Plaintiff's Notice of Deposition of a Honeywell Rule 30 (b) (6) witness on counsel of record via United States Mail, first class postage prepaid, as follows:

| | | |
|---|---|---|
| W. Curtis Anderson | Douglas Burrell | Paul Hotchkiss |
| 288 Washington Avenue | P.O. Box 7600 | 191 Peachtree Street, NE |
| Marietta, Georgia 30060 | 880 West Peachtree St., NW | Suite 3900 |
| | Atlanta, Georgia 30357 | Atlanta, Georgia 30303 |

Mr. Brian Spitler
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303

This 31st day of October, 2012.

                                       */s/ James A. Neuberger*
                                       James A. Neuberger
                                       (State Bar No. 538903)

5447 Roswell Road, Suite 203
Atlanta, Georgia 30342
(404) 593-2650
jim@neubergerlawllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2012, I electronically filed the attached document with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

| | | |
|---|---|---|
| W. Curtis Anderson | Douglas Burrell | Paul Hotchkiss |
| 288 Washington Avenue | P.O. Box 7600 | 191 Peachtree Street, NE |
| Marietta, Georgia 30060 | West Peachtree St., NW | Suite 3900 |
| | Atlanta, Georgia 30357 | Atlanta, Georgia 30303 |

Brian Spitler
2600 Marquis Two Tower
285 Peachtree Ctr. Ave.
Atlanta, Georgia 30303

Pursuant to LR 7.1D, I hereby certify that the foregoing pleading is in Times New Roman 14 point font.

                                          */s/ James A. Neuberger*
                                          James A. Neuberger
                                          (State Bar No. 538903)

5447 Roswell Road, Suite 203
Atlanta, Georgia 30342
(404) 593-2650
jim@neubergerlawllc.com