# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:11-cv-03691-RLV
### Rutter v. Abbott et al
### Honorable E. Clayton Scofield, III

Minute Sheet for proceedings held In Chambers on 10/08/2013.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 2:30 P.M.
TIME IN COURT: 4:30
OFFICE LOCATION: Atlanta
DEPUTY CLERK: Rachel Hulkower

| | |
|---|---|
| ATTORNEY(S) PRESENT: | William Anderson representing Stacy K. Rutter<br>Douglas Burrell representing Solid Gold Protection Service, Inc.<br>Blair Cash representing Stacy K. Rutter<br>Paul Hotchkiss representing Behavioral Institute of Atlanta, LLC<br>Paul Hotchkiss representing Anthony C. Levitas<br>Brian Spitler representing Abbott & Abbott, P.C.<br>Brian Spitler representing Parri S. Abbott<br>Brian Spitler representing Robert K. Abbott |
| OTHER(S) PRESENT: | James Neuberger representing Charles Rutter |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | Settlement conference held with representatives of all parties to finalize settlement agreement. It is clear that the parties are unable to resolve the case at this time. |